IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRITZNER SAINT CLOUD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, Warden, Federal Detention Center Philadelphia, ET AL. | : | NO. 26-7438 |

**ORDER**

**AND NOW**, this 19th day of October, 2026, upon consideration of Petitioner Fritzner Saint Cloud's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Docket No. 1), the Government's Brief in Opposition to the Petition, and Petitioner's Reply, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.
2. The Government shall immediately **RELEASE** Saint Cloud from custody.
3. The Government shall certify compliance with Paragraph 2 of this Order by filing, no later than 10:00 a.m. tomorrow, October 20, 2026, a certification of Saint Cloud's custody status.
4. If the Government chooses to pursue re-detention of Saint Cloud pursuant to § 1226(a), it must conduct and document a timely, individualized custody determination and provide Saint Cloud with an opportunity for a prompt bond hearing before a neutral immigration judge pending the resolution of his removal proceedings.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.